# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 25-1961     **Short Title:** Mun. Bayamon v. Exxon Mob

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Exxon Mobil Corporation _____ as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Daniel J. Toal
Signature

12/03/25
Date

Daniel J. Toal
Name

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Firm Name (if applicable)

(212) 373-3869
Telephone Number

1285 Avenue of the Americas
Address

(212) 492-0869
Fax Number

New York, NY 10019
City, State, Zip Code

dtoal@paulweiss.com
Email (required)

Court of Appeals Bar Number: 1189915

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes     Court of Appeals No. 25-2035

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).