# United States Court of Appeals
## For the First Circuit

_____

**CORRECTED DOCKETING STATEMENT**

**No.** 25-1961                    **Short Title:** Bayamon, et al. v. Exxon Mobil Corp., et al.

**Type of Action**

- [✔] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
1. Date of entry of judgment or order appealed from September 11, 2025
2. Date this notice of appeal filed October 7, 2025
   If cross appeal, date first notice of appeal filed n/a
3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) None
4. Date of entry of order deciding above post-judgment motion n/a
5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) None
   Time extended to n/a

B. Finality of Order or Judgment
1. Is the order or judgment appealed from a final decision on the merits?  [✔] Yes   [ ] No
2. If no,
   a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes   [ ] No
      If yes, explain_____
   b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes   [ ] No
      If yes, explain_____

C. Has this case previously been appealed?  [ ] Yes   [✔] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [✔] Yes   [ ] No
   If yes, cite the case and manner in which it is related on a separate page.  If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E.  Were there any in-court proceedings below?    ☐ Yes    ☑ No
    If yes, is a transcript necessary for this appeal?    ☐ Yes    ☐ No
    If yes, is transcript already on file with district court?    ☐ Yes    ☐ No

F.  List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

    1.  Adverse party Exxon Mobil Corporation
        Attorney Daniel J. Toal (Lead Attorney)
        Address 1285 Avenue of the Americas New York, NY 10019-6064
        Telephone 212-373-3000

    2.  Adverse party Shell PLC
        Attorney Carlos A. Valldejuly-Sastre (Lead Attorney)
        Address 250 Munoz Rivera Ave, Suite 800 San Juan, PR 00918
        Telephone 787-282-5725

    3.  Adverse party Chevron Corporation
        Attorney Theodore J. Boutrous, Jr. (Lead Attorney)
        Address 333 S. Grand Avenue, Los Angeles, CA 90071-3197
        Telephone 213-229-7804

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

    1.  Appellant's name Municipality of Bayamón, et al. (See Addendum to Docketing Statement)
        Address
        Telephone

        Attorney's name Roy L. Mason and Luis Valiente Almeida-Olivieri
        Firm
        Address
        Telephone

    2.  Appellant's name Municipality of Bayamón, et al. (See Addendum to Docketing Statement)
        Address
        Telephone

        Attorney's name Roy L. Mason and Luis Valiente Almeida-Olivieri
        Firm
        Address
        Telephone

    Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)    ☑ Yes    ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Roy L. Mason

Date  12/11/2025

Print          Reset